# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MICKJALE POTTS,<br><br>                       Petitioner,<br>  vs.<br><br>G.J. JANDA, Warden,<br><br>                      Respondent. | CASE NO. 13cv0568 DMS (JLB)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PETITION** |

On March 11, 2013, Petitioner Dennis Mickjale Potts ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 7, 2014, Magistrate Judge Jill L. Burkhardt issued a Report and Recommendation ("R&R") recommending that the Court deny the petition. Petitioner filed objections to the R&R on September 29, 2014.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and Petitioner's objections thereto adopts the Magistrate Judge's recommendation in full and **DENIES** the petition for a writ of habeas corpus. The Court finds no basis for a certificate of appealability. The Clerk of Court shall enter judgment accordingly, and terminate this case.

**IT IS SO ORDERED**.

DATED: October 14, 2014

                                        HON. DANA M. SABRAW
                                        United States District Judge